IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ortiz, Bertha | Case Number: 08 B 00275 |
| | Judge: Squires, John H |
| Printed: 7/1/08 | Filed: 1/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 7,841.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 5,037.41 | 0.00 |
| 5. | City Of Chicago | Secured | 180.00 | 0.00 |
| 6. | Home Loan Services | Secured | 22,000.00 | 0.00 |
| 7. | Home Loan Services | Secured | 9,000.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 149.72 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 90.19 | 0.00 |
| 10. | Merrick Bank | Unsecured | 81.90 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 76.27 | 0.00 |
| 12. | Oliphant Financial Corporation | Unsecured | 16.90 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 69.66 | 0.00 |
| 14. | Cook County Treasurer | Unsecured | 86.63 | 0.00 |
| 15. | Global Acceptance | Unsecured | 506.58 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 114.54 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 14.34 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 53.42 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 64.17 | 0.00 |
| 20. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 21. | Allstate Insurance Company | Secured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | Best Buy | Unsecured | | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 25. | Direct Merchants Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ortiz, Bertha

Printed: 7/1/08

Case Number: 08 B 00275
Judge: Squires, John H
Filed: 1/8/08

| | | | | |
|---|---|---|---|---|
| 26. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 27. | HSBC | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | First National Credit Card | Unsecured | | No Claim Filed |
| 30. | Imagine | Unsecured | | No Claim Filed |
| 31. | Orchard Bank | Unsecured | | No Claim Filed |
| 32. | Washington Mutual Providian | Unsecured | | No Claim Filed |

$ 45,382.73                $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate         Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

